# NO. 12-24-00068-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE: LONGVIEW MEDICAL CENTER, L.P. D/B/A LONGVIEW REGIONAL MEDICAL CENTER, RELATOR* | § | |
| | § | *ORIGINAL PROCEEDING* |
| | § | |

## *MEMORANDUM OPINION OF DISMISSAL*
### *PER CURIAM*

Real Parties in Interest Korry Shelton and Stephanie Shelton, individually and on behalf of R.S., a minor (collectively the Sheltons) filed a motion for rehearing, in which they represent that the parties entered into a settlement agreement regarding the underlying litigation, which renders the issues in this original proceeding moot.[1] We abated our order granting conditional relief and requested a response from Relator Longview Medical Center, L.P. d/b/a/ Longview Regional Medical Center (LRMC), but LRMC declined to respond.

On August 22, 2024, the Sheltons provided this court with a signed copy of the settlement agreement between the parties and a joint motion to dismiss this original proceeding. Because we conclude that the parties satisfied the requirements of Texas Rule of Appellate Procedure 42.1(a)(2), we *grant* the Sheltons' motion for rehearing and, further, *grant* the parties' joint motion to dismiss. Accordingly, this court's opinion of July 10, 2024, is *withdrawn*, our order by which

---

[1] Respondent is the Honorable Vincent Dulweber, Judge of the County Court at Law Number 2 in Gregg County, Texas.

we conditionally granted in part and denied in part mandamus relief, is *vacated*, and LRMC's petition for writ of mandamus is ***dismissed as moot***.  Our stay of July 12, 2024 is ***lifted***.


Opinion delivered August 29, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Bass, Retired J., Twelfth Court of Appeals, sitting by assignment.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**AUGUST 29, 2024**

**NO. 12-24-00068-CV**

**LONGVIEW MEDICAL CENTER, L.P. D/B/A LONGVIEW REGIONAL MEDICAL CENTER,**
**Relator**
V.
**HON. JUDGE VINCENT DULWEBER,**
**Respondent**

Appeal from the County Court at Law No. 2

of Gregg County, Texas (Tr.Ct.No. 2021-1734-CCL2)

ON THIS DAY came to be heard the joint motion to dismiss the petition for writ of mandamus filed by Longview Medical Center, L.P. d/b/a Longview Regional Medical Center (LRMC); who is the Relator in appellate cause number 12-24-00068-CV and the Defendant in trial court cause number 2021-1734-CCL2, pending on the docket of the County Court at Law No. 2 of Gregg County, Texas. Said petition for writ of mandamus having been filed herein on April 1, 2024, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED, and ORDERED that the joint motion to dismiss be **granted** and said petition for writ of mandamus be, and the same is, hereby

**dismissed**, and each party bear their own costs of this appeal in accordance with the opinion of this court.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J., and Bass, Retired J., Twelfth Court of Appeals, sitting by assignment.*